In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-379 CV


____________________



JOHN MENEFEE AND ROSE MENEFEE, Appellants



V.



FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause No. CAL-09692 






MEMORANDUM OPINION



 On November 19, 2007, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellants
explained why additional time was needed to file the record. Appellants did not respond. 
The appellants did not file an affidavit of indigence and are not entitled to proceed without
payment of costs. Tex. R. App. P. 20.1. There being no satisfactory explanation for the
failure to file the record, the appeal is dismissed for want of prosecution. Tex. R. App. P.
37.3(b). Costs are assessed against the appellants.

 APPEAL DISMISSED.




 _______________________________

 STEVE McKEITHEN

 Chief Justice

 

 

Opinion Delivered January 10, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.